259 F.2d 272
 Oscar JENKINS, Mary Jenkins, Laura B. Jones, Esther Mae Sessomes, and Willie Mae Jenkins, Plaintiffs-Appellants,
v.
ESSO STANDARD OIL CO., Defendant-Appellee.
 No. 21.
 Docket 25028.
 United States Court of Appeals Second Circuit.
 Argued October 7, 1958.
 Decided October 7, 1958.
 
 Appeal from the United States District Court for Southern District of New York; Sidney Sugarman, Judge.
 Bernard Meyerson, Brooklyn, N. Y. (Morris A. Weiss, Brooklyn, N. Y., on the brief), for plaintiffs-appellants.
 George S. Pickwick, New York City (Garvey & Conway, New York City, on the brief), for defendant-appellee.
 Before CLARK, Chief Judge, MEDINA and LUMBARD, Circuit Judges.
 PER CURIAM.
 
 
 1
 Judgment affirmed in open court.